UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEBRA FISHER,

Plaintiff,

v.

AVOW HOSPICE, INC.,

Defendant.

Case No. 2:25-cv-275-KCD-NPM

______________________________/

**ORDER**

Plaintiff's counsel filed a suggestion of death on May 1, 2026. (Doc. 22.) Federal Rule of Civil Procedure 25 accounts for what happens when a party dies:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Fed. R. Civ. P. 25(a)(1). No motion for substitution has been made within 90 days. Thus, the case is dismissed. The Clerk is **DIRECTED** to terminate any pending deadlines and close the case.

**ORDERED** in Fort Myers, Florida on August 14, 2026.

Kyle C. Dudek
United States District Judge